# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY J. THOMAS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:16-cv-00542-ECM-SMD |
| ) | |
| AUTO-OWNERS INSURANCE ) | |
| COMPANY, a Michigan corporation; ) | |
| OWNERS INSURANCE COMPANY, ) | |
| an Ohio corporation, ) | |
| ) | |
|    Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants AUTO-OWNERS INSURANCE COMPANY and OWNERS INSURANCE COMPANY ("Auto-Owners") and file this motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, requesting that the Court enter an order granting judgment as a matter of law. This motion is based on the pleadings on file, as well as the brief and evidentiary submission filed contemporaneously herewith, and all Orders of the Court.

                                                      Respectfully submitted,

                                                      */s/ John P. Browning*

| | |
|---|---|
| S. Greg Burge | (ASB-0558-B37S) |
| gburge@burr.com | |
| John P. Browning | (ASB-6884-J50B) |
| jbrowning@burr.com | |
| Forrest S. Latta | (ASB-0526-T62F) |

>forrest.latta@burr.com
>Taylor Barr Johnson        (ASB-8851-Y78B)
>tjohnson@burr.com
>
>*Attorneys for Defendants,*
>*Auto-Owners Insurance Company*
>*and Owners Insurance Company*

**OF COUNSEL:**
**BURR & FORMAN LLP**
11 N. Water Street, Suite 2200
Mobile, AL 36602
Tel:   251-344-5151

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon counsel of record herein via CM/ECF, email, fax or First Class U.S. Mail, on this the 8th day of May, 2019, as follows:

>Keith T. Belt, Jr., Esq.
>keithb@beltlawfirm.com
>Robert P. Bruner, Esq.
>robertb@beltlawfirm.com
>S. Drew Barnett, Esq.
>drewb@beltlawfirm.com
>W. Alan Duke, Esq.
>aland@beltlawfirm.com
>Belt & Bruner, P.C.
>2204 Lakeshore Parkway, Suite 114
>Birmingham, Alabama  35209

>*/s/ John P. Browning*
>Of Counsel

2