IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY J. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:16-cv-00542-RAH |
| | ) |
| AUTO-OWNERS INSURANCE | ) |
| COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### JURY VERDICT FORM

**I.   LIABILITY**

**Question:** Do you find that Auto-Owners Insurance Company acted in bad faith in failing to settle the personal injury claims brought by Maryah Annis, Randell Heard, and Donna Heard, against Thomas before trial when Auto-Owners could have done so?

**Please answer "Yes" or "No":**   *Yes*

\*\*   Instruction: If your answer is "No," this ends your deliberations, and your Foreperson should sign and date the last page of this Verdict Form. If your answer is "Yes," go to the questions concerning Damages.

**II.   DAMAGES**

\*\*   Instruction: If you have determined that Auto-Owners is not liable for failure to settle in bad faith, then do not complete this section. If you did determine that Auto-Owners is liable for bad faith, then you should determine whether Timothy Thomas is entitled to damages and should answer the following questions:

**Question 1:** Do you find that Timothy Thomas should be awarded damages to compensate him for emotional distress and mental anguish?

  Please answer "Yes" or "No":  NO

  If your answer is "Yes,"
  in what amount?  $ _____

**  Instruction: If you answered "Yes" to Question 1, please skip Question 2 and then answer Question 3. If you answered "No" to Question 1, you must answer Question 2 as "Yes."

**Question 2:** Do you find that Timothy Thomas should be awarded nominal damages?

  Please answer "Yes" or "No":  Yes

  If your answer is "Yes,"
  in what amount?  $ 1.00

**  Instruction: If you answered "Yes" to Question 2, then please answer Question 3. If you answered "No" to Question 2, then this ends your deliberations, and your Foreperson should sign and date the last page of this Verdict Form.

**Question 3:** Do you find that Timothy Thomas is entitled to recover punitive damages?

  Please answer "Yes" or "No":  NO

  If your answer is "Yes,"
  in what amount?  $ _____

SO SAY WE ALL.

DATE: 16 Feb 2022  Foreperson's Signature [signed]